# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00470-CV

**In re Sergio Lopez**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Sergio Lopez has filed a petition for writ of mandamus complaining that the trial court failed to consider his motion to suppress. After he filed the petition, the trial court entered another pretrial order, setting the motion to suppress to be heard by submission and stating that the court would rule no later than August 23, 2023. Based on the record before us, we dismiss the petition for writ of mandamus as moot.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Filed: August 25, 2023